Eleanor W. Howarth et al.
vs.
Frank L. Hanley, Executor
P. A. No. 1289.

May 10, 1932.

CHURCHILL, J. Heard on motion to strike out paragraph 3 of the reasons of appeal and to vacate assignment.

Motion to strike out denied.

For plaintiff: Charles A. Curran.

For defendant: Daniel A. Colton.